# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re  ARTHUR CHARLES CRUZ AND
MICHELE YVETTE CRUZ, AKA MICHELLE Y. CRUZ
Debtors

Case No. 11-34724-H1-13

Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan, Series 2012-10

**Court claim no.** (if known): 15

**Last four digits** of any number you use to identify the debtor's account: xxxxxx9565

**Date of payment change:**
Must be at least 21 days after date of this notice   March 1, 2015
                                                     mm/dd/yyyy

**New total payment:**
Principal, interest, and escrow, if any  $ 1,952.88

### Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?

☐ No
☒ Yes   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment: $ 418.82     New escrow payment: $ 431.64

### Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

☒ No
☐ Yes   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate: _____ %      New interest rate: _____ %

Current principal and interest payment: $ _____   New principal and interest payment: $ _____

### Part 3: Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?

☒ No
☐ Yes   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

Current mortgage payment: $ _____   New mortgage payment: $ _____

B 10 (Supplement 1) (12/11)

Page 2

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☒ I am the creditor.        ☐ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

Signature: /s/ Karin Murphy

Print: Karin _____ Murphy
      First Name  Middle Name  Last Name

Date: 2/5/15 (mm/dd/yyyy)

Title: Asst. Vice Pres.

Company: BSI FINANCIAL SERVICES

Address: 314 S. Franklin St., 2nd Floor
         Titusville, PA 16354

Contact phone: _____   Email: _____

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2015 a true and correct copy of the Notice of Mortgage Payment Change and Escrow Analysis shall be served via electronic means, if available, otherwise by regular, first class mail on February 5, 2015 to the following parties at the addresses indicated by deposit in the United States Mail, first class postage prepaid.

JOHN VINCENT BURGER
4151 SOUTHWEST FRWY, STE 770
HOUSTON, TX 77027
**ATTORNEY FOR DEBTOR**

DAVID G. PEAKE
9660 HILLCROFT, SUITE 430
HOUSTON, TX 77096-3856
**CHAPTER 13 TRUSTEE**

ARTHUR CHARLES CRUZ
MICHELE YVETTE CRUZ
AKA MICHELLE Y. CRUZ
817 GRACELAND STREET
HOUSTON, TX 77009
**DEBTOR**

*Codilis & Stawiarski, P.C.*
/s/ Angela K. Randermann
Angela K. Randermann SBOT 24029787 (31688)
**ATTORNEYS FOR SECURED CREDITOR**

44-14-2636
XXXXX9565
CRUZ, ARTHUR CHARLES
Home Equity

**BSI Financial Services**
314 S. Franklin Street, 2nd Floor
P.O. Box 517
Titusville, PA 16354
1-800-327-7861
www.bsifinancial.com

**Annual Escrow Account Disclosure Statement**

ACCOUNT NUMBER 65

DATE: 01/23/15

459

ARTHUR C CRUZ
MICHELLE Y CRUZ
817 GRACELAND ST
HOUSTON, TX 77009

PROPERTY ADDRESS
817 GRACELAND ST
HOUSTON, TX 77009

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED. THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED ESCROW ACTIVITY FOR YOUR ESCROW CYCLE BEGINNING 03/01/2015 THROUGH 02/29/2016.

### -------- ANTICIPATED PAYMENTS FROM ESCROW 03/01/2015 TO 02/29/2016 ---------

| | |
|---|---|
| HOMEOWNERS INS | $2,290.00 |
| COUNTY TAX | $2,889.68 |
| TOTAL PAYMENTS FROM ESCROW | $5,179.68 |
| MONTHLY PAYMENT TO ESCROW | $431.64 |

### ------ ANTICIPATED ESCROW ACTIVITY 03/01/2015 TO 02/29/2016 ---------

| | ANTICIPATED PAYMENTS | | | ESCROW BALANCE COMPARISON | |
|---|---|---|---|---|---|
| MONTH | TO ESCROW | FROM ESCROW | DESCRIPTION | ANTICIPATED | REQUIRED |
| | | | STARTING BALANCE --> | $2,126.84 | $1,294.92 |
| MAR | $431.64 | | | $2,558.48 | $1,726.56 |
| APR | $431.64 | | | $2,990.12 | $2,158.20 |
| MAY | $431.64 | | | $3,421.76 | $2,589.84 |
| JUN | $431.64 | | | $3,853.40 | $3,021.48 |
| JUL | $431.64 | | | $4,285.04 | $3,453.12 |
| AUG | $431.64 | | | $4,716.68 | $3,884.76 |
| SEP | $431.64 | | | $5,148.32 | $4,316.40 |
| OCT | $431.64 | | | $5,579.96 | $4,748.04 |
| NOV | $431.64 | | | $6,011.60 | $5,179.68 |
| DEC | $431.64 | | | $6,443.24 | $5,611.32 |
| JAN | $431.64 | $2,290.00 | HOMEOWNERS INS | $4,584.88 | $3,752.96 |
| | | $2,889.68 | COUNTY TAX | L1-> $1,695.20 | L2-> $863.28 |
| FEB | $431.64 | | | $2,126.84 | $1,294.92 |

--------- **DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE** --------
IF THE ANTICIPATED LOW POINT BALANCE (L1) IS GREATER THAN THE REQUIRED BALANCE (L2), THEN YOU HAVE AN ESCROW SURPLUS. **YOUR ESCROW SURPLUS IS $831.92.**

### CALCULATION OF YOUR NEW PAYMENT

| | |
|---|---|
| PRIN & INTEREST | $1,521.24 |
| ESCROW PAYMENT | $431.64 |
| **NEW PAYMENT EFFECTIVE 03/01/2015** | **$1,952.88** |

YOUR ESCROW CUSHION FOR THIS CYCLE IS $863.28.

********** Continued on reverse side ************

---



IF YOUR SURPLUS IS $50 OR GREATER, BSI FINANCIAL SERVICES WILL SEND YOU A REFUND CHECK, PROVIDED YOUR LOAN IS CURRENT.

IF YOUR SURPLUS IS LESS THAN $50, THE FUNDS WILL REMAIN IN YOUR ESCROW ACCOUNT.

Licensed as Servis One, Inc. dba BSI Financial Services. BSI Financial Services NMLS# 38078. Colorado Office Location: 13111 E. Briarwood Ave., Suite 340, Centennial, CO 80112 80112 (303) 309-3839. Licensed as a Debt Collection Agency by the New York City Department of Consumer Affairs, (# 2001485-DCA). North Carolina Collection Agency Permit (# 105608).

********** Continued from front **********

### ACCOUNT HISTORY

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING 03/01/2014 AND ENDING 02/28/2015. IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE, OR THE COMPUTATION YEAR IS BEGING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT. THIS STATEMENT IS INFORMATION ONLY AND REQUIRES NO ACTION ON YOUR PART.

YOUR PAYMENT BREAKDOWN AS OF 03/01/2014 IS:

```
PRIN & INTEREST                                   $1,521.24
ESCROW PAYMENT                                      $467.28
BORROWER PAYMENT                                  $1,988.52
```

| MONTH | PAYMENTS TO ESCROW | | PAYMENTS FROM ESCROW | | ESCROW BALANCE | | |
|---|---|---|---|---|---|---|---|
| | PRIOR PROJECTED | ACTUAL | PRIOR PROJECTED | ACTUAL | DESCRIPTION | PRIOR PROJECTED | ACTUAL |
| | | | | | STARTING BALANCE | $0.00 | $0.00 |
| JUL | $0.00 | $5,310.04 * | | | | $0.00 | $5,310.04- |
| JAN | $0.00 | $0.00 | | $2,290.00 * | HOMEOWNERS INS | $0.00  A-> | $7,600.04- |
| | $0.00 | $5,310.04 | $0.00 | $2,290.00 | | | |

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT, THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT BALANCE (T) WAS $0.00. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS $7,600.04-.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*) INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

### Determining your Shortage or Surplus

**Shortage:**
Any shortage in your escrow account is usually caused by one the following items:
- An increase, if any, in what was paid for insurance and/or taxes from your escrow account.
- A projected increase in taxes for the upcoming year.
- The number of months elapsed from the time of these disbursements to the new payment effective date.

Shortages are divided evenly of the next twelve months. To reduce the increase in your monthly payment, the shortage can be paid either partially or in full.

**Surplus:**
A surplus in your escrow account is usually caused by one the following items:
- The insurance/taxes paid during the past year were lower than projected.
- A refund was received from the taxing authority or insurance carrier.
- Additional funds were applied to your escrow account.

If your surplus is $50.00 or greater and your loan was contractually current at the time when the analysis was run or calculated, a check will be sent to you. If your surplus is less than $50.00, the funds will be retained in your escrow account.

If you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired